**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Heather R. Piergalski | | |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | BK. NO. 18-24860 JAD |
| v. | | CHAPTER 13 |
| Heather R. Piergalski | Respondent | Related to Docket # 40 |
| and | | |
| Ronda J. Winnecour, Trustee | Additional Respondent | **DEFAULT O/E JAD** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 31st day of January, 2020, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota RAV4, VIN: 2T3DFREV4HW556764 , in a commercially reasonable manner.

_____
United States Bankruptcy Judge
Jeffery A. Deller

cc: See attached service list:

FILED
1/31/20 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Heather R. Piergalski
710 Palace Court
Pittsburgh, PA 15227

Matthew M, Brennan Esq.
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
 attorneymatthewbrennan@gmail.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Heather R. Piergalski
    Debtor

Case No. 18-24860-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jan 31, 2020
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
db           +Heather R. Piergalski,    710 Palace Court,    Pittsburgh, PA 15227-4374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com
         Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Matthew M. Brennan     on behalf of Debtor Heather R. Piergalski attorneymatthewbrennan@gmail.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                            TOTAL: 6