UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  HEATHER R. PIERGALSKI<br><br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>  HEATHER R. PIERGALSKI<br><br><br><br>      Respondents | Case No.18-24860JAD<br><br><br><br>Chapter 13<br><br>  Related to<br>Document No.____51____ |

### ORDER TO STOP PAYROLL DEDUCTIONS

  AND NOW, this ___3rd____ day of _January_ , 20_24_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Best Buy
Attn: Payroll Manager
7601 Penn Ave S
Richfield, MN 55423

is hereby ordered to immediately terminate the attachment of the wages of HEATHER R. PIERGALSKI, social security number XXX-XX-0720.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HEATHER R. PIERGALSKI.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
1/3/24 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24860-JAD |
| Heather R. Piergalski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2
Date Rcvd: Jan 03, 2024        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather R. Piergalski, 710 Palace Court, Pittsburgh, PA 15227-4374 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com<br>btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew M. Brennan | on behalf of Debtor Heather R. Piergalski attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Jan 03, 2024     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6