Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Heather R. Piergalski**
  Debtor(s)

Bankruptcy Case No.: 18−24860−JAD
Related to Doc. #56
Chapter: 13
Docket No.: 58 − 56

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 27th of February, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/9/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/17/24 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/9/24.**

                                            Jeffery A. Deller
                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-24860-JAD
Heather R. Piergalski | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Feb 27, 2024      Form ID: 408      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather R. Piergalski, 710 Palace Court, Pittsburgh, PA 15227-4374 |
| 14967942 | + | Blue Cross and Blue Shield, PO Box 64560, Saint Paul, MN 55164-0560 |
| 14967948 | | City of Pittsburgh EMS, PO Box 2480, Pittsburgh, PA 15230-2480 |
| 14967952 | + | Kenneth and Francis Piergalski, 447 SPringdale Road, Eighty Four, PA 15330-2652 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14967947 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:05 | Citicorp Credit Services, PO Box 20507, Kansas City, MO 64195 |
| 14967949 | | Email/Text: rnewton@communitybank.tv | Feb 28 2024 00:38:00 | Community Bank, Po Box 357, Carmichaels, PA 15320 |
| 14967943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:16:38 | Cap1/bstby, Attn: Payment Processing, PO Box 71083, Charlotte, NC 28272-1083 |
| 14967944 | | Email/Text: cms-bk@cms-collect.com | Feb 28 2024 00:37:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14993498 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15000716 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:10 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14967945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:34:04 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967946 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:01:20 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15064151 | + | Email/Text: rnewton@communitybank.tv | Feb 28 2024 00:38:00 | Community Bank, 2111 N. Franklin Drive, Dept. 204, Washington, PA 15301-5893 |
| 14970242 | | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14967950 | + | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14997092 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 28 2024 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14967951 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2024 00:37:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |

Case 18-24860-JAD    Doc 59    Filed 02/29/24    Entered 03/01/24 00:32:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 408 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14971303 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2024 00:37:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14967953 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14996343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14968527 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967954 | + | Email/Text: ngisupport@radiusgs.com | Feb 28 2024 00:37:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14967955 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:50:02 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967956 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:28 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996233 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 28 2024 00:37:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15216410 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:54 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967957 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 28 2024 00:37:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |

          on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Keri P. Ebeck

          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew M. Brennan

          on behalf of Debtor Heather R. Piergalski attorneymatthewbrennan@gmail.com

Office of the United States Trustee

          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

          cmecf@chapter13trusteewdpa.com

S. James Wallace

          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6