**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HEATHER R. PIERGALSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-24860 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2018 and confirmed on 2/20/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,328.72 |
| Less Refunds to Debtor | 720.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,607.80 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,200.25 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,700.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COMMUNITY BANK(*) | 0.00 | 47,969.18 | 0.00 | 47,969.18 |
|     Acct: 8019 | | | | |
|   COMMUNITY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7864 | | | | |
| | | | | 47,969.18 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HEATHER R. PIERGALSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HEATHER R. PIERGALSKI | 720.92 | 720.92 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2222 | | | | |
|   WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 16,638.44 | 0.00 | 16,638.44 |
|     Acct: 8811 | | | | |
| | | | | 16,638.44 |
| **Unsecured** | | | | |
|   HIGHMARK/BLUE CROSS~SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3860 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 4,103.14 | 1,704.73 | 0.00 | 1,704.73 |
|     Acct: 6606 | | | | |
|   CITIBANK NA** | 947.56 | 393.68 | 0.00 | 393.68 |
|     Acct: 6476 | | | | |
|   CITIBANK NA** | 9,323.59 | 3,873.67 | 0.00 | 3,873.67 |
|     Acct: 3799 | | | | |
|   CITY OF PITTSBURGH EMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8971 | | | | |
|   DISCOVER BANK(*) | 4,663.70 | 1,937.63 | 0.00 | 1,937.63 |
|     Acct: 0406 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 7,489.13 | 3,111.51 | 0.00 | 3,111.51 |

18-24860 JAD                                                                                      Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6992 | | | | |
| CAPITAL ONE NA** | 985.21 | 409.33 | 0.00 | 409.33 |
| Acct: 3202 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 931.73 | 387.11 | 0.00 | 387.11 |
| Acct: 5098 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 7,929.30 | 3,294.39 | 0.00 | 3,294.39 |
| Acct: 8298 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 70.71 | 29.38 | 0.00 | 29.38 |
| Acct: 5302 | | | | |
| TOYOTA LEASE TRUST | 381.50 | 158.50 | 0.00 | 158.50 |
| Acct: 2222 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5098 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH AND FRANCIS PIERGALSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,299.93 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 79,907.55 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED          0.00
UNSECURED   36,825.57


Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HEATHER R. PIERGALSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-24860 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 18-24860-JAD

Heather R. Piergalski    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Feb 27, 2024    Form ID: pdf900    Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather R. Piergalski, 710 Palace Court, Pittsburgh, PA 15227-4374 |
| 14967942 | + | Blue Cross and Blue Shield, PO Box 64560, Saint Paul, MN 55164-0560 |
| 14967948 | | City of Pittsburgh EMS, PO Box 2480, Pittsburgh, PA 15230-2480 |
| 14967952 | + | Kenneth and Francis Piergalski, 447 SPringdale Road, Eighty Four, PA 15330-2652 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14967947 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:48:58 | Citicorp Credit Services, PO Box 20507, Kansas City, MO 64195 |
| 14967949 | | Email/Text: rnewton@communitybank.tv | Feb 28 2024 00:38:00 | Community Bank, Po Box 357, Carmichaels, PA 15320 |
| 14967943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:06 | Cap1/bstby, Attn: Payment Processing, PO Box 71083, Charlotte, NC 28272-1083 |
| 14967944 | | Email/Text: cms-bk@cms-collect.com | Feb 28 2024 00:37:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14993498 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15000716 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:06 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14967945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:00:26 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14967946 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:38:36 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15064151 | + | Email/Text: rnewton@communitybank.tv | Feb 28 2024 00:38:00 | Community Bank, 2111 N. Franklin Drive, Dept. 204, Washington, PA 15301-5893 |
| 14970242 | | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14967950 | + | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14997092 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 28 2024 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14967951 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2024 00:37:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |

Case 18-24860-JAD    Doc 60    Filed 02/29/24    Entered 03/01/24 00:32:37    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14971303 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 28 2024 00:37:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14967953 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14996343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14968527 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967954 | + | Email/Text: ngisupport@radiusgs.com | Feb 28 2024 00:37:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14967955 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:48:58 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14967956 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:01:58 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996233 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 28 2024 00:37:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15216410 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:34 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967957 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 28 2024 00:37:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 28 |

on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Keri P. Ebeck

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew M. Brennan

    on behalf of Debtor Heather R. Piergalski attorneymatthewbrennan@gmail.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6